[No. 47047-7-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT FREEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04611-8, Carol A. Schapira, J., entered July 21, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47158-9-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS EUGENE MOTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-01952-8, Richard A. Jones, J., entered July 17, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 47187-2-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD PAUL HODGES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03151-0, Richard A. Jones, J., entered August 21, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47298-4-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04489-4, William L. Downing, J., entered August 1, 2000. *Affirmed* by unpublished per curiam opinion.